**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

| | |
|---|---|
| DARRELL JOHNSON and A. JAN THOMAS, JR., Bankruptcy Trustee in the Matter of Darrell W. Johnson and Janet K. Johnson, Debtors | PLAINTIFFS |
| v. No. 1:06CV00017 JLH | |
| ROCKWELL AUTOMATION, INC.; CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. d/b/a KEATHLEY-PATTERSON ELECTRIC; and JOHN DOES 1-5 | DEFENDANTS |

**ORDER**

Plaintiffs' second motion to compel is GRANTED. Document #119. The defendants must provide the plaintiffs with the bucket and door within 30 days of the entry of this Order, to the extent that there are current models of a door which can be manufactured, and do so at the cost of manufacturing the door and bucket.

IT IS SO ORDERED this 22nd day of August, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE